UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gelasio Espinobarros Galvez et al.,

     Plaintiffs,

-against-

800 Ginza Sushi Inc. d/b/a Ginza Japanese Restaurant et al.,

     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2020

1:19-cv-08549 (PAE) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a Telephone Conference in the above-captioned matter on Wednesday, June 24, 2020, at 2:30 p.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:  New York, New York
      June 15, 2020

                _____
                STEWART D. AARON
                United States Magistrate Judge