USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Gelasio Espinobarros Galvez et al.,

                Plaintiffs,

-against-

800 Ginza Sushi Inc. d/b/a Ginza Japanese Restaurant et al.,

                Defendants.

1:19-cv-08549 (PAE) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference with the parties today, and for the reasons stated on the record, all fact and expert discovery in this case shall conclude no later than December 2, 2020, and extensions will be granted only for good cause shown and then only for a limited purpose. The parties shall file a joint letter regarding the status of discovery on October 15, 2020.

**SO ORDERED.**

DATED:    New York, New York
               August 26, 2020

_____
STEWART D. AARON
United States Magistrate Judge