UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                :
GELASIO ESPINOBARROS GALVEZ et al.,     :
                :
        Plaintiffs,    :
                :    19-CV-8549 (JPC) (SDA)
    -v-            :
                :    ORDER
800 GINZA SUSHI INC. *doing business as* GINZA :
JAPANESE RESTAURANT et al.,     :
                :
        Defendants.    :
                :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Pursuant to the Honorable Stewart D. Aaron's Order dated November 11, 2020, discovery concluded on December 30, 2020. (Dkt. 50). The parties are hereby ORDERED to file a joint status letter by January 15, 2021. In the status letter, the parties should address (1) the status of any settlement discussions, including whether the parties request a referral to the Court-annexed mediation program or to Judge Aaron for a settlement conference; and (2) whether they anticipate filing any summary judgment motions and, if so, the subject matter of any motions and a proposed briefing schedule.

      SO ORDERED.

Dated: January 6, 2021
      New York, New York

                                          JOHN P. CRONAN
                                          United States District Judge