UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                 :

GELASIO ESPINOBARROS GALZVEZ *et al.*,     :

                              Plaintiffs,       :

                                                :      19 Civ. 8549 (JPC) (SA)
               -v-                       :
                                                :      ORDER

800 GINZA SUSHI INC. and CHUN YONG CHEN,  :

                              Defendants.     :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On March 11, 2022, the Court resolved Plaintiffs' motion for summary judgment. Dkt. 69. By March 18, 2022, the parties shall file a joint status letter indicating (1) whether they request a settlement conference before the Honorable Stewart D. Aaron, United States Magistrate Judge, or a referral to the court-annexed mediation program, (2) the expected length of trial on the remaining issues, and (3) their availability for trial for the third and fourth quarters of 2022.

      SO ORDERED.

Dated: March 11, 2022
       New York, New York

                                                JOHN P. CRONAN
                                         United States District Judge