UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
GELASIO ESPINOBARROS GALVEZ *et al.*,

               Plaintiffs,

       -v-

800 GINZA SUSHI INC. *et al.*,

               Defendants.

-----------------------------------------------------------------------X

19 Civ. 8549 (JPC) (SDA)

ORDER

JOHN P. CRONAN, United States District Judge:

      The Court has been informed that this case has settled. All deadlines and hearings are adjourned *sine die*. The parties shall file dismissal papers or, in the alternative, a status letter by July 1, 2022.

      SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                                JOHN P. CRONAN
                                         United States District Judge