Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON LLP
1040 Avenue of the Americas, 20th Floor
New York, New York 10018
Tel: (212) 765-2100
Fax: (212) 541-5429
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GELASIO ESPINOBARROS GALVEZ, SALVADOR GALVEZ GARCIA, EUGENIO LUNA REYES, PLACIDO GALVEZ NARVAEZ, and ALEXANDER HERNANDEZ VICENTE,<br><br>                Plaintiffs,<br><br>    -v-<br><br>800 GINZA SUSHI INC. d/b/a GINZA JAPANESE RESTAURANT, and CHUN YONG CHEN,<br><br>                Defendants. | Case No.: 19 CV 08549 (JPC)(SDA) |

## DECLARATION OF HOPE A. PORDY, ESQ.

HOPE A. PORDY, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1. I submit this Declaration in Support of the Settlement Agreement in the above-captioned matter. I served as lead counsel and this Declaration is intended to supplement and provide further support to the parties' Joint Letter in support of the Settlement Agreement, dated June 3, 2022, and in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and *Wolinsky v. Scholastic, Inc.*, 900 F. Supp. 2d 332 (S.D.N.Y. 2012). (Dkt. 216)

SL-371109.2

1

2. I am fully familiar with the facts and circumstances related herein in connection with the above-captioned matter as well as the legal and paralegal services performed by Spivak Lipton LLP and the expenses incurred on behalf of the plaintiffs.

3. I am a Partner at the law firm of Spivak Lipton LLP, and have been with the firm since July 2003. The law firm of Spivak Lipton is devoted to the practice of labor and employment law on behalf of employees, unions and employee benefit funds. Spivak Lipton represents clients ranging from individuals, local and international unions and multi-employer pension and welfare funds in both the private and public sector. The firm's attorneys litigate in federal and state courts and before various administrative agencies (e.g., National Labor Relations Board, Equal Employment Opportunity Commission).

4. I was previously a Partner of the law firm of Lewis, Greenwald, Clifton & Nikolaidis, P.C. (currently Lewis Clifton & Nikolaidis), and worked there from January 1998 to 2003. Prior to my employment at Lewis Greenwald, I worked for two and one-half years as a staff attorney for the National Treasury Employees Union and for one year as a staff attorney for the Minnesota Public Interest Research Group.

5. I graduated from Fordham University School of Law in May of 1994. I was admitted to the bar of the State of New York in 1995; bar of the State of New Jersey in 1994; and the bar of the State of Vermont in 2016. I am admitted to practice before the United States District Court for the Southern and Eastern Districts of New York, the Second Circuit Court of Appeals, the Third Circuit Court of Appeals and the District of New Jersey. There are no disciplinary or grievance proceedings that have been filed or are pending against me in any court.

6. I have nearly twenty-eight (28) years of experience litigating employment law cases. My current practice areas include a wide range of labor and employment law issues,

including wage and hour claims, executive compensation, employment discrimination, wrongful termination and collective bargaining. I have represented clients ranging from individuals, multi-plaintiff groups and unions in state and federal court, arbitration and administrative proceedings.

7. I lead the firm's practice with respect to wage and hour litigation and other employment litigation, such as discrimination cases, in both federal and state court, and on both an individual and class or collective basis.

8. I have served as lead counsel in FLSA collective actions and multi-plaintiff cases against private sector employers which in many instances also involved claims of state law wage and hour violations. *See, e.g., Gokhberg, et al. v. The PNC Financial Services Group,* 15-cv-01700 (AJS)(FLSA FLSA/Rule 23 wage and hour lawsuit for mortgage loan officers; $16,000,000.00 settlement approved by court in 2017); *Marcelino Cuenca, et al. v. Grey Dog Chelsea Inc., et al.,* Case No. 18-cv-10918 (AJN); *Barajas, et al v. S/N/Y Lee, Inc. d/b/a Shi, et al.,* Case No. 17-cv-04873-SJ-PK (FLSA & NY Lab.Law); *Javier Gonzalez, et al. v. Loving Hut 7th Ave, Inc., et al.,* Case No. 16-cv-0021 (KBF) (FLSA& NY Lab. Law); *Ayala Delgado et al. v. D&D Thai Restaurant Corp. et al.*, Case No. 11-CV-01117 (PAE)(FLSA & NY Lab.Law); *Neftali Delfino Baten, et al. v. BDJVEGAN1, Inc., et al.* Case No. 15-cv-0625 (TPG)(FLSA & NY Lab.Law); *Adrian Evangelista, et al. v. D&D Thai Restaurant Corp., et al.* Index No. 150261/15 (FLSA & NY Lab.Law).

9. I have also served as lead or co-lead counsel in collective action lawsuits in cases brought under the FLSA on behalf of public sector workers. *See, e.g., Foster v. City of New* York *Foster v. City of New York*, 14-cv-4142 (S.D.N.Y) (FLSA case on behalf of 1,199 Child Protective Specialist and Child Protective Specialist Supervisor; settled for $42,900,000); *Worley, et al v. City of New York*, 17-cv-04337-LS (FLSA case on behalf of 3,867 NYPD School Safety Agents;

settled for $27,747,075.00); *Matias et al., v. City of New York et al.*, 21-cv-07136-SN (S.D.N.Y. October 29, 2021) (FLSA case on behalf of 479 NYPD School Safety Agents Level III; settled for $1,681,269.53); *Campbell v. City of New York,* 16-Civ.-8719*,* Dkt. 186 and 187 (S.D.N.Y. Sept. 17, 2021) (FLSA case on behalf of 460 Peace Officer employed by DHS; settled for $3,980,332.00); *Feiner, et al v. City of New York,* Case No. 16-cv-08675-PGG (FLSA case on behalf of approximately 965 JOS and AJOS I employed by the Human Resources Administration); *Williams, et al v. City of New York*, Case No. 16-cv-08671-PGG (FLSA case on behalf of approximately 1,852 CPS, CPSS & CPSS I employed by ACS); *Adams v. City of New York,* 1:16-cv-03445-RA-SDA (S.D.N.Y)( FLSA claims on behalf of approximately 501 Fraud Investigators employed by the City of New York; settled for $3,251,119.60); *Murray, et al. v. City of New York,* Case No. 16-cv-08072 (PKC)(FLSA claims on behalf of approximately 483 Department of Homeless Services (DHS) Community Coordinator, Community Assistant, Community Associate, Caseworker, Fraud Investigator I and II, Associate Fraud Investigator I, and/or Addiction Treatment Counselors*;* approved settlements in the total amount of $8,867,154); *Lawtone-Bowles v. City of New York,* 1:16-cv-4240-AJN (S.D.N.Y.)( FLSA claims on behalf of approximately 17 DHS Motor Vehicle Operators; approved settlement of $962,323.00); *Bookman v. City of New York,* 1:18-cv-04338-AJN (S.D.N.Y.) (FLSA claims on behalf of approximately 13 DHS Motor Vehicle Operators); *Brown, et. al. v. City of New York,* Case No. 1:17-cv-09078 (FLSA claims on behalf of approximately 320 DHS Peace Officers and Sergeants; approved settlement of $176,859.84); *Lynch, et al v. City of New York*, Case No. (S.D.N.Y.) (FLSA claims on behalf of 6 DHS Principal Administrative Associates; approved settlement of $511,698.00); *Kearse, et al. v. City of New York*, Case No. 17-CV-9982 (JMF) (S.D.N.Y.) (FLSA claims on behalf of 16 DHS Principal Administrative Associates; approved settlement of $364,834.56); *Martin et al. v. City of*

*New York,* Case No.: 14-CV-8940 (TPG)(AJP) (S.D.N.Y.) (FLSA claims on behalf of 588 DHS employees; approved settlement of $982,000 plus 4,018 compensatory hours); *Acevedo, et al. v. City of New York*, Case No.: 15-cv-10018 (JGK) (FLSA claims on behalf of 88 Investigative Consultants employed by Administration for Children's Services; approved settlement of $625,000, plus 10,000 hours of compensatory time); *Robinson v. New York City Housing Authority,* Case No. 15-CV-4543 (JPO) (S.D.N.Y.) (FLSA claims on behalf of 218 NYCHA Community Coordinators, Community Associates & Community Assistants; approved settlement of $309,346.37); *Johnston, et al. v. NYCHA,* 16-cv-09924-JGK (S.D.N.Y.) (FLSA claims on behalf of 89 NYCHA Exterminators; approved settlement of $172,701.50); *Lewis, et al. v. NYCHA*, 17-cv-00294-PKC-KNF (S.D.N.Y.) (FLSA claims on behalf of 1615 Caretakers; approved settlement of $2,950,000); *Jones v. New York City Housing Authority*, Case No. 1:17 Civ.3683 (JGK) (S.D.N.Y.) (FLSA claims on behalf of 285 NYCHA Housing Assistants; approved settlement of $267,000); *Brown, et al. v. New York City Housing Authority*, Case No. 16-CV-09263 (RA) (S.D.N.Y.) (FLSA claims on behalf of 856 Maintenance and Heating Plant Technicians; approved settlement of $2,250,000); *Blair, et al. v. City of New York*, Case No. 08-Civ-10692(RJS) (S.D.N.Y.) (FLSA claims on behalf of approximately 50 employees of the Department of Juvenile Justice; approved settlement of $90,000); *Boucaud, et al. v. City of New York and the New York City Department of Juvenile Justice*, Case No. 07-CV-11098 (RJS)(MHD) (S.D.N.Y.) (FLSA claims on behalf of approximately 100 employees of the Department of Juvenile Justice; approved settlement of $702,930.46).

10. In addition to my law firm practice, I am actively involved in the legal community, particularly, in connection with my wage and hour litigation experience and expertise. I have appeared as a Speaker on various labor and employment topics, including wage and hour issues:

- Panelist, "*Calculating Wages Owed: It's All About the Math*," American Bar Association, Annual Labor and Employment Conference (Nov. 2021)
- Guest Speaker, "*The Great Debate: Employee Lawyer v. Employer Lawyer*," Employment Law Now Podcast (hosted by Cozen O'Connor) (April 17, 2020)
- Panelist, "*Legal and Data Issues Arising from a Hyper-Connected Work Place,*" American Bar Association, Annual Labor and Employment Conference (Nov. 2018)
- Panelist, "*The Future of Wage and Hour under Trump*," American Bar Association Annual Labor and Employment Conference (Nov. 2017)
- Panelist, "*After Hours Issues Compensable Time and Off-the-Clock Work,* National Employees Law Association-NY Spring Conference (May 2017)
- Panelist, "*Tipping Points: Should the Law on Tipping Stay or Go?*," American Bar Association Annual Labor and Employment Conference (Nov. 2016)
- Moderator/Speaker, with (then) Solicitor of the Department of Labor, The Honorable M. Patricia Smith, "*DOL Final Rule on Overtime Exemptions*" American Bar Association, Webinar (July 2016)
- Moderator/Speaker, with (then) Solicitor of the Department of Labor, The Honorable M. Patricia Smith, "*Are Unpaid Internships Still Viable?*" American Bar Association Annual Labor and Employment Conference (Nov. 2015)
- Speaker, "*A Conversation with the Solicitor of Labor The Honorable M. Patricia Smith*," National Employment Lawyers Association (NELA) Conference (April 2015)
- Moderator, "*Wage & Hour Basics under the FLSA*," ABA Labor & Employment Conference (Nov. 2014)
- Moderator, "*DOL and Other Perspectives on Independent Contractor Misclassification*," with DOL Deputy Solicitor, sponsored by ABA Labor & Employment Section (May 2013)
- Moderator, "*Whose (FLSA) Liability is it Anyway?*" ABA Labor & Employment Conference (Nov. 2011)
- Moderator, "*Crash Course in Wage and Hour Laws*," ABA Labor & Employment Conference (Nov. 2010)
- Speaker, "*The Anti-Retaliation Provision of the Fair Labor Standards Act: the Supreme Court case of Kevin Kasten v. Saint Gobain*," American Arbitration Association (Oct. 2010)

11. I am an active member of various professional associations. From 2006 to 2015, I served as a Co-Chair of the American Bar Association's Federal Labor Standards Legislation Committee/Section on Labor and Employment, which has jurisdiction over the FLSA and other federal employment statutes. I was the Co-Chair of the American Bar Association's Leadership Development Program from 2015-2019 and was a selected participant in the program in 2014. I am also an active member of the AFL-CIO Lawyers' Coordinating Committee and the New York Chapter of the National Employment Lawyers' Association. I serve on the Steering Committee of NELA-NY's Wage and Hour Committee. From September 2020 to September 2021, I was appointed to serve as the Vice-Chair for the Pro Bono and Community Outreach for the American Bar Association's Section on Labor and Employment Law. In November 2021, I was inducted into the College of Labor and Employment Lawyers as a Fellow. The College of Labor and Employment Lawyers is a non-profit professional association that honors leading lawyers nationwide in the practice of Labor and Employment law.

12. My other professional accomplishments in the practice area of wage and hour law include serving as a contributing editor to the National Lawyers' Guild, <u>Employee and Union Member Guide to Labor Law</u>, West Publications (2004-2014), including a chapter on the FLSA.

13. Spivak Lipton agreed to handle this case on a contingent fee basis of thirty-three and one-third (33 1/3%) of the total sum recovered. Our firm has a total of thirteen attorneys and, for that reason, must carefully monitor the amount of time required by existing cases in determining whether to accept or pursue other matters. This case required substantial time and effort, including over 360.30 hours of attorney services as well as 106.25 paralegal hours. This precluded the attorneys who worked on this case, from performing other available fee-generating work during the relevant period of time; this was a factor considered by our firm in deciding what

fee-generating cases and other matters it could, and could not, pursue during this time frame.

14.     Spivak Lipton has not been paid for any of the work performed in connection with this litigation. This uncompensated work has been substantial and includes: 1) interviewing Plaintiffs and investigating claims; 2) preparing and filing the Complaint and Amended Complaint; 3) attending court conferences;  4) preparing written discovery to Defendant; 5) working with Plaintiffs to respond to Defendant's discovery requests; 6) meeting with Plaintiffs to prepare for depositions; 7) defending five Plaintiff depositions; 8) preparing for and conducting Defendants' deposition; 9) preparing damages calculations; 10) preparing and issuing third party subpoenas; 11) drafting summary judgment briefing and opposition papers and preparing supporting documents; 12) preparing a settlement demand; 13) drafting affidavits of financial health to assess defendants' financial viability; 14) participating in mediation; 15) preparing a written Settlement Agreement and motion papers for approval of the settlement terms; and 16) engaging in extensive written and verbal communications with defense counsel throughout the litigation.

15.     The rate applied for calculating fees based on the lodestar formula is $610 per hour for the undersigned,[1] $400 for the firm's Associates and $195 for the firm's paralegals. For FLSA collective actions, rates for attorneys at this firm have been routinely approved in these amounts. *Foster v. City of New York*, 14-cv-4142 (S.D.N.Y. December 28, 2021), Dkt. 242. *See also Matias et al., v. City of New York et al.*, 21-cv-07136-SN (S.D.N.Y. October 29, 2021); *Campbell v. City of New York*, 16-Civ.-8719, Dkt. 186 and 187 (S.D.N.Y. Sept. 17, 2021) (same); *Murray v. City of New York*, Case 1:16-cv-08072-PKC, Dkt. 228 (S.D.N.Y. Apr. 23, 2021) (same).

16.     These rates are within the range of rates approved by the courts in the Second

---

[1] Gillian Costello, a Partner at Spivak Lipton, provided limited assistance in this matter reviewing Plaintiffs summary judgment motion papers for a total of 3.60 hours and has also been billed at a rate of $610. Ms. Costello joined the firm in 1996 and became a Partner in 2005, and has experience working on wage and hour cases.

Circuit in FLSA cases. *See e.g., Espinosa*, 2020 U.S. Dist. LEXIS 14075, at *8-9 (awarding $600 to senior partner and $400 to associate); *Scott v. City of New York*, 643 F.3d 56, 59 (2d Cir. 2011) (holding that rate of $550 per hour in FLSA case was reasonable); *Guallpa v. NY Pro Signs Inc.*, 2014 U.S. Dist. LEXIS 77033, 2014 WL 2200393 at *9-10 (S.D.N.Y. May 27, 2014) (approving rate of $600 per hour, in wage-and-hour case, for attorney who graduated law school in 1995), report and recommendation adopted sub nom., *Disla v. Signature Cleaning Servs.*, 2019 U.S. Dist. LEXIS 99597, at *5 (S.D.N.Y. June 11, 2019) (awarding $550 an hour for senior counsel and $650 an hour for senior partner). According to the 2018 Real Rate Report thru September 2018 by Wolters Kluwer, the mean "Real Rate" in 2018 for attorneys working in labor and employment law in New York City was $682 for partners and $473 for associates.

17. I have been the senior attorney at Spivak Lipton working on this matter and have been involved with the case since its inception. I have kept contemporaneous time records of all time billed to the case and records of all expenses incurred. I have performed 138.20 hours on the case through June 2, 2022.

18. Elizabeth Sprotzer, an Associate at the firm, also worked on this case and devoted her time to interviewing plaintiffs, drafting the complaint and amended complaint, researching legal issues, conducting and defending depositions and drafting summary judgment papers. Ms. Sprotzer performed 218.50 hours on the case. Elizabeth Sprotzer joined the firm in 2018. From August 2014 through July 2018, she worked as a Staff Attorney on the Workplace Justice Team at Make the Road New York representing low-wage workers in wage and hour litigation. During law school, she served as an editor of the Public Interest Practice Section of the CUNY Law Review and interned at the Solicitor's Office of the U.S. Department of Labor and the Southern Poverty Law Center. Ms. Sprotzer worked as an organizer with UNITE HERE in California,

Washington, Miami and New York City prior to law school. She received her law degree in 2014 from CUNY School of Law (attending on a full Graduate Fellowship) and her undergraduate degree in Latin American Studies from Wesleyan University in 2006. Ms. Sprotzer is admitted to the Bar of the States of New York and New Jersey and admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.  Since joining the firm, she has served as counsel on several other FLSA collective actions including *Worley, et al v. City of New York*, 17-cv-04337-LS (FLSA case on behalf of 3,867 NYPD School Safety Agents); *Matias et al., v. City of New York et al*., 21-cv-07136-SN (S.D.N.Y. October 29, 2021); *Campbell v. City of New York, 16-Civ.-8719,* Dkt. 186 and 187 (S.D.N.Y. Sept. 17, 2021) (FLSA case on behalf of 460 Peace Officer employed by DHS); *Nell, et al. v. City of New York*, Case No. 1:19-cv-06702-LGS (FLSA Overtime Lawsuit for Motor Vehicle Operators); *Gilmore, et al. v. City of New York*, Case No.  19-cv-06091-GBD (FLSA Overtime Lawsuit for DHS Motor Vehicle Operators); *Adams, et al. v. City of New York,* Case No. 16-cv-03445-RA-SDA (FLSA case on behalf of 501 Fraud Investigators); *Lawtone-Bowles v. City of New York*, Case No. 16-cv-4240-AJN (FLSA case on behalf of 17 DHS Motor Vehicle Operators); *Murray v. City of New York*, Case 1:16-cv-08072-PKC (FLSA case on behalf of 438 DHS employees), *Bookman v. City of New York,* Case No. 18-cv-04338-AJN (FLSA claims on behalf of approximately 13 DHS Motor Vehicle Operators). Ms. Sprotzer has also served as counsel on a number of other multi-plaintiff FLSA and New York Labor Law wage and hour cases.  There are no disciplinary or grievance proceedings that have been filed or are pending against Ms. Sprotzer in any court.

19. In order to minimize attorney time and fees, paralegals performed certain tasks in connection with the case including the firm's legal assistant who also served as a translator, Melinda Rodriguez. Ms. Rodriguez's responsibilities primarily included translating in meetings

with clients (Plaintiffs' primary language is Spanish); handling Plaintiff inquiries via phone; assistance in preparing legal correspondence, discovery requests and summary judgement papers; assisting in preparing damage calculations; and translation of correspondence with Plaintiffs, filing court documents, indexing Defendants' document production; and attending the mediation. Ms. Rodriguez joined Spivak Lipton as a Legal Assistant in early 2014 and has over twenty (20) years of experience working as a legal secretary/paralegal. She is a graduate of Monroe College with a degree in Business Administration and is bilingual in English and Spanish. Plaintiffs seek $195/hour for the 106.25 hours of work performed on this case.

20. Attached hereto as **Attachment A** is a complete and detailed list of hours and services performed by all attorneys and paralegals assigned to the case. All attorneys and paralegals assigned to this case have kept contemporaneous time records of all time billed to the case and records of all expenses incurred. All time has been recorded on a tenth of an hour basis. All of the time expended on this case has been done in a reasonable and efficient manner. Applying the lodestar formula, the amount of attorneys' fees (inclusive of paralegal time) in the case through June 2, 2022, are $194,616.75 and the expenses are $3,649.92.

WHEREFORE, your declarant respectfully requests that the Settlement Agreement be approved.

Dated:  New York, New York
         June 3, 2022

                                            /s/_____
                                            Hope Pordy
                                            SPIVAK LIPTON LLP
                                            1040 Avenue of the Americas, 20th Floor
                                            New York, New York 10018
                                            Tel: (212) 765-2100
                                            Fax: (212) 541-5429
                                            hpordy@spivaklipton.com
                                            *Attorneys for Plaintiffs*